```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 08663
    JAMES B ALFORD III
    SONIA D ALFORD                          CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-4609      SSN XXX-XX-0755
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/10/05 and confirmed on 05/11/05.

   2.  The case was dismissed after confirmation, 10/10/2008.

   3.  The Debtor paid a total of $  21233.72 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 4276.04 | .00 | 4276.04 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | 442.00 | .00 | 437.03 |
| AMERICAN GENERAL FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| LOUIS WEINSTOCK | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED | 11050.00 | 1789.25 | 10893.37 |
| AMERICASH LOANS | UNSECURED | 279.48 | .00 | .00 |
| EMERGENCY CARE PHYSICIAN | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 339.97 | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 6506.77 | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | 1413.67 | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 170.48 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 8527.10 | .00 | .00 |
| SALLIE MAE SERVICING COR | UNSECURED | 3007.05 | .00 | .00 |

          Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15768.04 | .00 | 20244.52 | .00 | 36012.56 |
| PRINCIPAL PAID | 15606.44 | .00 | .00 | .00 | 15606.44 |
| INTEREST PAID | 1789.25 | .00 | .00 | .00 | 1789.25 |
| TOTAL PAID | 17395.69 | .00 | .00 | .00 | 17395.69 |

The Debtor's attorney, ZALUTSKY & PINSKI              , was allowed $  2700.00
and was paid $     6.00  direct and $   2694.00  through the plan.

The Trustee received $    910.03 .

Refunds to the Debtor totaled $    234.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/13/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 05 B 08663 JAMES B ALFORD III & SONIA D ALFORD